UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GORSS MOTELS, INC., <br> a Connecticut corporation, <br> individually and as the representative <br> of a class of similarly situated <br> persons, <br> <br> Plaintiff, <br> <br> v. <br> <br> THE ERIC RYAN CORPORATION, <br> a Pennsylvania corporation, and <br> JOHN DOES 1-5, <br> <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | : <br> No. 3:17cv126 (DJS) |

## JUDGMENT

This action having come on for consideration by motion for summary judgment filed by plaintiff, and a cross motion for summary judgment filed by defendant before the Honorable Dominic J. Squatrito, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having filed its ruling granting plaintiff's motion and denying defendant's motion, and deeming the claims against the defendants John Does 1-5 as having been abandoned; it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the plaintiff, Gorss Motels, Inc., against the defendant, Eric Ryan Corporation, in the amount of $1,500.00, and the case is closed.

Dated at Hartford, Connecticut, this 26th day of May, 2020.

                                  ROBIN D. TABORA, CLERK

EOD: 5/26/2020                BY:  /s/ F. Velez
                                          Frances Velez
                                          Deputy Clerk