# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) | |
| Plaintiff, ) | Case No. 3:17-cv-00126-(DJS) |
| v. ) ) | |
| THE ERIC RYAN CORPORATION, a Pennsylvania corporation, ) ) ) | |
| Defendant. ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, GORSS MOTELS, INC., and Defendant, THE ERIC RYAN CORPORATION, through their undersigned attorneys, hereby dismiss this action with prejudice, each side to bear its own costs and fees.

Plaintiff, GORSS MOTELS, INC.:

/s/ Ryan M. Kelly
Ryan M. Kelly (ct 30230)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
rkelly@andersonwanca.com

/s/ Aytan Y. Bellin
Aytan Y. Bellin (ct 28454)
BELLIN & ASSOCIATES
85 Miles Avenue
White Plains, NY 10606
Telephone: 914/345-5345
aytan.bellin@bellinlaw.com

Defendant, THE ERIC RYAN CORPORATION:

/s/Jonathan M. Shapiro  (with permission)
Jonathan M. Shapiro
SHAPIRO LAW OFFICE LLC
32 Washington Street
Middletown, CT  06457
jshapiro@shapirolawofficesct.com

/s/Christopher A. Cafardi (with permission)
Christopher A. Cafardi (pro hac vice)
CAFARDI FERGUSON WYRICK WEIS
+ STOTLER LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA  15143
ccafardi@cfwws.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, I electronically filed the foregoing Joint Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

s/ Ryan M. Kelly